# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

ALEXANDRA JORDAN,

    Plaintiff,

  v.

Case No. 21-CV-368

CROSSROADS CARE CENTER
OF KENOSHA LLC,

    Defendant

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) that this matter may be dismissed with prejudice and without costs to either party.

Dated this 15th day of August, 2022

**WALCHESKE & LUZI, LLC**

By: *s/ David M. Potteiger*
James A. Walcheske, State Bar No. 1065635
Scott S. Luzi, State Bar No. 1067405
David M. Potteiger, State Bar No. 1067009

Walcheske & Luzi, LLC
235 N. Executive Drive, Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
Fax: (262) 565-6469
E-Mail: jwalcheske@walcheskeluzi.com
E-Mail: sluzi@walcheskeluzi.com
E-Mail: dpotteiger@walcheskeluzi.com

*Counsel for Plaintiff*

**MWH LAW GROUP LLP**

By: *s/ Emery K. Harlan*
 Emery K. Harlan, WI State Bar No. 1000240

 MWH Law Group LLP
 735 N. Water Street, Suite 610
 Milwaukee, WI 53202
 Telephone: (414) 436-0353
 Fax: (414) 436-0354
 Email: emery.harlan@mwhlawgroup.com

 *Counsel for Defendant*